## Commonwealth *v.* Frazier, Appellant.

Submitted December 11, 1967. *John R. Warner,* and *Marshall, Dennehey & Warner,* for appellant; *Welsh S. White* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Gruver, Appellant.

Argued December 11, 1967. *Norman Ashton Klinger,* for appellant; *John R. Morgan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.